UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

YADIEL ISABEL PENA, PPA YACAIRA
PENA, and YACAIRA PENA,

        Plaintiffs,

v.

JENNIFER BENTWOOD, M.D.,
CATHERINE MYGATT, M.D.,
JACQUELINE PAPACHRISTON, R.N.,
CHERYL BRITT, R.N.,
JENNIFER FARMER, R.N.,
PATRICIA LANE, R.N.,
DAWN BELLORADO, R.N., and
UNITED STATES OF AMERICA,

        Defendants.

Civil Action No. 20-12304-WGY

**UNITED STATES OF AMERICA'S MOTION TO DISMISS
<u>PLAINTIFF'S COMPLAINT</u>**

Plaintiffs Yadiel Isabel Pena and Yacaira Pena have filed a Complaint against defendants

arising out of the care rendered to Ms. Pena during the birth of her son, Yadiel, in 2014. (Doc. 1

at ¶ 11). Plaintiffs' claims against the United States[1] are brought pursuant to the Federal Tort

Claims Act (FTCA), 28 U.S.C. §§ 1346(b). *Id*. at ¶ 12.

Because Plaintiffs failed to present their claim in writing to the appropriate federal

agency within two years of the incident that forms the basis of Plaintiffs' Complaint, and because

---

[1] Separately, a Notice of Substitution has been filed to substitute the United States in place of defendants Jennifer Bentwood, M.D., and Catherine Mygatt, M.D., pursuant to 28 U.S.C. §§ 2675 and 2679, because Plaintiffs' exclusive remedy for a tort claim against an employee of the United States acting within the scope of her employment is an action against the United States under the FTCA. *See* Doc. 29.

Plaintiffs are not entitled to equitable tolling of their claims, the Complaint is time-barred and

this Court lacks jurisdiction to consider Plaintiffs' claims. [2]

    Accordingly, for these reasons, and for the reasons set forth in the memorandum of law

filed herewith, Plaintiff's Complaint must be dismissed pursuant to Fed. R. Civ. P. 12(b)(1) and

(b)(6).

                                            Respectfully submitted,

                                            NATHANIEL R. MENDELL
                                            Acting United States Attorney


                                  By:    */s/ Eve A. Piemonte*
                                         Eve A. Piemonte
                                         Assistant United States Attorney
                                         United States Attorney's Office
                                         John J. Moakley U.S. Courthouse
                                         1 Courthouse Way, Suite 9200
                                         Boston, MA  02210
                                         (617) 748-3369
Dated: May 17, 2021                      Eve.Piemonte@usdoj.gov


                            **CERTIFICATE OF SERVICE**

    I, Eve A. Piemonte, Assistant United States Attorney, hereby certify that this document
filed through the ECF system will be sent electronically to the registered participants as
identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those
indicated as non-registered participants.


                                         */s/ Eve A. Piemonte*
                                         Eve A. Piemonte
Dated: May 17, 2021                      Assistant United States Attorney

---

    [2] Plaintiff also failed to comply with the FTCA's requirement of notice of a claim to the
appropriate federal agency via an executed standard claim form or other written document
accompanied by a demand for money damages in a sum certain. 28 U.S.C. § 2401(b).

## <u>LOCAL RULE 7.1 CERTIFICATION</u>

I, Eve A. Piemonte, hereby certify that pursuant to L.R. 7.1(a)(2), I conferred with counsel for Petitioner in a good faith attempt to narrow or resolve the issues raised by this motion.


*/s/ Eve A. Piemonte*
Eve A. Piemonte
Dated: May 17, 2021                          Assistant U.S. Attorney