UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 1:20-CV-12304-WGY

| | |
|---|---|
| YADIEL ISABEL PENA, PPA YACAIRA PENA, AND YACAIRA PENA,<br>　　　　　　　　　Plaintiff,<br>V.<br>JENNIFER BENTWOOD, M.D.,<br>CATHERINE MYGATT, M.D.,<br>JACQUELINE PAPACHRISTON, R.N.,<br>CHERYL BRITT, R.N.,<br>JENNIFER FARMER, R.N.,<br>PATRICIA LANE, R.N.,<br>DAWN BELLORADO, R.N., AND<br>UNITED STATES OF AMERICA,<br>　　　　　　　　　Defendants. | |

## **PLAINTIFF'S OPPOSITION TO DEFENDANT UNITED STATES OF AMERICA'S MOTION TO DISMISS**

NOW COME the plaintiffs, Yadiel Isabel Pena, PPA Yacaira Pena, and Yacaira Pena, through their attorneys, and hereby respectfully request that this Honorable Court **DENY** the United States of America's Motion to Dismiss on the grounds that the plaintiffs timely and appropriately presented their administrative claim pursuant to 28 U.S.C. § 2679(a) of the Federal Torts Claims Act (FTCA) as the relevant facts presented in the Memorandum of Law filed herewith warrant application of the Discovery Rule and equitable tolling of the statute of limitations for claims brought under the FTCA. For all of these reasons, the motion to dismiss the complaint filed by the United States of America should now be **DENIED**.

WHEREFORE, for the reasons set forth in the accompanying Memorandum of Law, the plaintiffs, Yadiel Isabel Pena, PPA Yacaira Pena, and Yacaira Pena, hereby respectfully request that this Honorable Court **DENY** the United States of America's Motion to Dismiss.

Respectfully submitted,
The plaintiffs,
By their attorneys,

*/s/ Adam R. Satin*

_____
Adam R. Satin BBO# 633069
Lynn I. Hu BBO# 690823
LUBIN & MEYER, P.C.
100 City Hall Plaza
Boston, Massachusetts 02108
(617) 720-4447

## **REQUEST FOR ORAL ARGUMENT**

In accordance with Local Rule 7.1(d), the plaintiffs request an oral argument for this matter.

/s/ Adam R. Satin

## **CERTIFICATE OF SERVICE**

I, Adam R. Satin, hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies sent to those indicated as non-registered participants on June 1, 2021.

/s/ Adam R. Satin