UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| YADIEL ISABEL PENA, PPA YACAIRA PENA, AND YACAIRA PENA,<br>Plaintiffs,<br><br>V.<br><br>JACQUELINE PAPACHRISTON, R.N., CHERYL BRITT, R.N., JENNIFER FARMER, R.N., PATRICIA LANE, R.N., DAWN BELLORADO, R.N., AND UNITED STATES OF AMERICA,<br>Defendants. | CIVIL ACTION NO.: 1:20-CV-12304-WGY |

## PARTIES' JOINT PROPOSED CASE MANAGEMENT SCHEDULE

Pursuant to this Court's request on Wednesday, June 30, 2021, the Plaintiffs, Yadiel Isabel Pena, PPA Yacaira Pena, and Yaicara Pena, and the Defendants, Jacqueline Papachriston, R.N., Cheryl Britt, R.N., Jennifer Farmer, R.N., Patricia Lane, R.N., Dawn Bellorado, R.N. and United States of America, hereby submit this Joint Proposed Case Management Schedule.

**I.   Discovery and Motion Practice**

   A. Initial Disclosures

   The parties will provide the initial disclosures required by Fed. R. Civ. P. 26(a)(1) by July 30, 2021.

   B. Amendment to Pleadings

   Except for good cause shown, no motions seeking leave to add new parties or to amend the pleadings to assert new claims or defenses may be filed after July 30, 2021.

   C. Fact Discovery

      1. The parties will serve written fact discovery by August 15, 2021.

2. All depositions and discovery, other than expert discovery, will be completed by November 15, 2021.

D. Expert Discovery

1. The Plaintiffs' trial experts will be designated, and the information required by Fed. R. Civ. P. 26(a)(2) will be disclosed by December 10, 2021.

2. The Defendant's trial experts will be designated, and the information required by Fed. R. Civ. P. 26(a)(2) will be disclosed by January 14, 2022.

3. Any rebuttal trial expert will be designated, and the information required by Fed. R. Civ. P. 26(a)(2) will be disclosed by January 28, 2022.

4. The parties' experts will be deposed by March 1, 2022.

E. Dispositive Motions

1. Dispositive motions, including motions for summary judgment or motions for judgment on the pleadings, will be filed by March 1, 2022.

2. Oppositions to dispositive motions must be filed within 21 days after service of the motion.

II. **Certifications**

The parties will file certifications required by Local Rule 16.1(d)(3) by July 30, 2021.

| | |
|---|---|
| Respectfully submitted,<br>Plaintiffs,<br>By their attorneys, | Respectfully submitted,<br>*The Defendants*,<br>Jacqueline Papachriston, R.N., Cheryl Britt, R.N., Jennifer Farmer, R.N., Patricia Lane, R.N., and Dawn Bellorado, R.N.,<br>*By Counsel*, |
| **/s/ Lynn I. Hu**<br>Adam Satin, Esq., BBO# 633069<br>Lynn I. Hu, Esq., BBO# 690823<br>Lubin & Meyer, P.C.<br>100 City Hall Plaza<br>Boston, MA 02108<br>(617) 720-4447<br>asatin@lubinandmeyer.com<br>lhu@lubinandmeyer.com | **/s/ Alexander P. Volpe**<br>J. Peter Kelley, Esq., BBO#559588<br>Alexander P. Volpe, Esq., BBO#694092<br>BRUCE & KELLEY, P.C.<br>20 Mall Road, Suite 225<br>Burlington, MA 01803<br>Tel:   (781) 262-0690<br>Fax:   (781) 229-0383<br>pkelley@brucekelleylaw.com<br>avolpe@brucekelleylaw.com |

Respectfully submitted,

NATHANIEL R. MENDELL
Acting United States Attorney

**/s/ Eve A. Piemonte**
Eve A. Piemonte
Assistant United States Attorney
United States Attorney's Office
John J. Moakley U.S. Courthouse
1 Courthouse Way, Suite 9200
Boston, MA  02210 (617) 748-3369
Eve.Piemonte@usdoj.gov

Dated: July 9, 2021

## CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as non-registered participants.

                                                    */s/ Adam R. Satin*
                                                    Adam R. Satin

Dated: July 9, 2021