**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| YADIEL ISABEL PENA, PPA YACAIRA PENA, and YACAIRA PENA,<br>    *Plaintiffs*,<br><br>v.<br><br>JACQUELINE PAPACHRISTON, R.N., CHERYL BRITT, R.N., JENNIFER FARMER, R.N., PATRICIA LANE, R.N., DAWN BELLORADO, R.N., and UNITED STATES OF AMERICA,<br>    *Defendants*. | CIVIL ACTION NO.:<br><br>1:20-cv-12304-WGY |

**MOTION OF THE DEFENDANTS, JACQUELINE PAPACHRISTON, R.N., CHERYL BRITT, R.N., JENNIFER FARMER, R.N., PATRICIA LANE, R.N., AND DAWN BELLORADO, R.N. TO REFER ACTION TO THE SUPERIOR COURT FOR MEDICAL MALPRACTICE TRIBUNAL PURSUANT TO M.G.L. c. 231, § 60B**

Now come the Defendants in the above-referenced matter, Jacqueline Papachriston, R.N., Cheryl Britt, R.N., Jennifer Farmer, R.N., Patricia Lane, R.N., and Dawn Bellorado, R.N. (hereinafter the "Nurse Defendants"), and hereby respectfully move this Honorable Court for an Order referring the instant action to the Essex County Superior Court of the Commonwealth of Massachusetts so that a Medical Malpractice Tribunal may be convened, in compliance with M.G.L. c. 231, § 60B, to determine the sufficiency of the Plaintiff's claims. In support of this motion, the Defendant states the following:

1. This is a civil action for alleged malpractice, error, or mistake against providers of health care, wherein the Plaintiff, Yacaira Pena, claims that the Nurse Defendants were negligent in the care and treatment provided to her and her minor son, Yadiel Isabel Pena, during his birth in March 2014.

2. The Plaintiffs' Complaint alleges negligence against the Nurse Defendants for care and treatment provided in Essex County, in the Commonwealth of Massachusetts.

3. Pursuant to M.G.L. c. 231, § 60B, "Every action for malpractice, error or mistake against a provider of health care shall be heard by a tribunal… and said tribunal shall determine if the evidence presented if properly substantiated is sufficient to raise a legitimate question of liability appropriate for judicial inquiry or whether the plaintiff's case is merely an unfortunate result."

4. As more fully set forth in the Defendants' accompanying Memorandum in Support of this Motion, referral of this case to the Superior Court for the convening of a medical malpractice tribunal is required.

Accordingly, this Motion should be <u>ALLOWED</u>.

Respectfully submitted,

The Defendants,
Jacqueline Papachriston, R.N., Cheryl Britt, R.N., Jennifer Farmer, R.N., Patricia Lane, R.N., and Dawn Bellorado, R.N.,
*By Counsel*,

<u>/s/ *Alexander P. Volpe*</u>
J. Peter Kelley, Esq., BBO#559588
Alexander P. Volpe, Esq., BBO#694092
BRUCE & KELLEY, P.C.
20 Mall Road, Suite 225
Burlington, MA 01803
Tel:   (781) 262-0690
Fax:   (781) 229-0383
pkelley@brucekelleylaw.com
avolpe@brucekelleylaw.com

DATED:  November 4, 2021

## CERTIFICATE OF SERVICE

     I, Alexander P. Volpe, counsel for the Defendants, Jacqueline Papachriston, R.N., Cheryl Britt, R.N., Jennifer Farmer, R.N., Patricia Lane, R.N., and Dawn Bellorado, R.N., hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

Dated:  November 4, 2021

*/s/     Alexander P. Volpe*
Alexander P. Volpe, Esq.