UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 1:20-CV-12304-WGY

YADIEL ISABEL PENA, PPA YACAIRA PENA, AND
YACAIRA PENA,
    Plaintiff,
V.

JACQUELINE PAPACHRISTON, R.N.,
CHERYL BRITT, R.N.,
JENNIFER FARMER, R.N.,
PATRICIA LANE, R.N.,
DAWN BELLORADO, R.N., AND
UNITED STATES OF AMERICA,
    Defendants.

**PLAINTIFF'S INITIAL DISCLOSURES PURSUANT TO RULE 26(a)(1)
OF THE FEDERAL RULES OF CIVIL PROCEDURE**

The plaintiffs, Yadiel Isabel Pena, PPA Yacaira Pena, and Yacaira Pena, hereby submit the following initial disclosures pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure:

**(A) Individuals Likely To Have Discoverable Information**

Pursuant to Fed. R. Civ. P. 26(a)(1)(A)(i), the plaintiff discloses the following individuals likely to have discoverable information. The plaintiff reserves the right to amend or supplement this disclosure. The following does not include persons whose testimony is likely to be used solely for impeachment, rebuttal, or expert witness testimony, who will be disclosed in accordance with the schedule set by the Court.

1. **Yadiel Isabel Pena**

The plaintiff, Yacaira Pena, may be made available for a viewing.

2. **Yacaira Pena**

The plaintiff, Yacaira Pena, may be expected to testify as to her memories, impressions, interactions with and observations of her care and treatment received from various doctors, including but not limited to the named defendants, in this matter. Ms. Pena may also be expected to testify to her course of medical care and medical history and issues relating to negligence, causation, and damages.

3. **Roger M. Kushner, D.O.**
   **5391 Terence Court**
   **Bloomfield Hills, MI 48032**

Dr. Kushner, the plaintiffs' expert witness, may be expected to testify to the information set forth in his expert letter, attached hereto as **Attachment A**.

4. **Edward Karotkin, M.D.**
   **3020 Lynndale Road**
   **Virginia Beach, VA 23452**

Dr. Karotkin, the plaintiff's expert witness, may be expected to testify to the information set forth in his expert letter, attached hereto as **Attachment B**.

6. Any and all employees at **Greater Lawrence Family Health Center**, located at 34 Haverhill St., Lawrence, MA 01841 including but not limited to the following individuals:

| | |
|---|---|
| Karen Glatfelter, M.D. | Zachary Bay, M.D. |
| Katherine Tamayo, R.N. | Kara Katz, R.N. |
| Katherine Velez, R.N. | Robert Luby, M.D. |
| Aliana Krolikowski, M.D. | Cara Marshall, M.D. |
| Sylvia Cata, N.P. | Jill Ells-O'brien, L.P.N. |
| Modjulie Moore, M.D. | Tatiana Saenz, R.N. |
| Samantha Calixto | Leidy Anziani |
| Andrew Smith, M.D. | |

The doctors, nurses, and health care providers at Greater Lawrence Family Health Center, including but not limited to the above-listed individuals, may be expected to testify to the care and treatment they rendered to Yacaira Pena and/or Yadiel Isabel Pena, and the opinions and/or facts contained in their reports, attached hereto as **Attachment C**.

7. Any and all employees at **Lawrence General Hospital**, located at 1 General St, Lawrence, MA 01841 including but not limited to the following individuals:

| | |
|---|---|
| Pamela Morrison | Amy Agostino, R.N. |
| Bryan Suchecki, M.D. | Carolyn Galiza |
| Amy Agostino, R.N. | Linda Allard, R.N. |
| Adeline Lantum | Tina Peel, R.N. |
| Megha Joshi, M.D. | Joann Newcomb, R.N. |
| Wendy Barr, M.D. | Janet Edwards, R.N. |
| Richard Moore, M.D. | Thalia Derlacruz |
| Elaine Warwick, R.N. | Cindy Palen, R.N. |
| Jonathan Mullin, M.D. | Kathleen Shea, R.N. |
| Andrew Smith, M.D. | Ali Niakosari, M.D. |
| Karen Boyson, R.N. | Ellen Johnson, M.D. |
| Pamela Morrison, R.N. | Dipti Lenhart, M.D. |
| William Martin, M.D. | Michael House, M.D. |
| Tim Burpee | |

The doctors, nurses, and health care providers at Lawrence General Hospital, including, but not limited to, the above-listed individuals, may be expected to testify to the care and treatment they rendered to Yacaira Pena and/or Yadiel Isabel Pena, and the opinions and/or facts contained in their reports, attached hereto as **Attachment D**.

8. Any and all employees at Tufts Medical Center, located at 800 Washington St, Boston, MA 02111 including but not limited to the following individuals:

| | |
|---|---|
| Gina Geis, M.D. | Jane Germano, D.O. |
| Dawn Mcbride | Julia Rissmiller, M.D. |
| Noa Fleiss | Dawn Vaccaro, N.P. |
| Jennifer Benjamin, M.D. | Ju Tang, M.D. |

Sunita Pereira, M.D

The doctors, nurses, and health care providers at Tufts Medical Center, including, but not limited to, the above-listed individuals, may be expected to testify to the care and treatment they rendered to Yacaira Pena and/or Yadiel Isabel Pena, and the opinions and/or facts contained in their reports, attached hereto as **Attachment E**.

9. Any and all employees at **Boston Children's Hospital**, located at 300 Longwood Ave., Boston, MA 02115 including but not limited to the following individuals:

| | |
|---|---|
| Ana Tikkanen, M.D. | Marie Botte, N.P. |
| Philip Jacques | Shelby Mudarri, N.P. |
| Karameh Kuemmerle, M.D. | Sarah Vallarelli |
| Jennifer Cheng, M.D. | Amina Grunko, R.D. |
| Sara Toomey, M.D. | Mandy Yu, R.N. |
| Zephora Godfrey | Rebecca McCarthy |
| Leandra Rumfelt, R.N. | |

The doctors, nurses, and health care providers at Boston Children's Hospital, including, but not limited to, the above-listed individuals, may be expected to testify to the care and treatment they rendered to Yacaira Pena and/or Yadiel Isabel Pena, and the opinions and/or facts contained in their reports, attached hereto as **Attachment F**.

10. Any and all healthcare providers who may rendered care and treatment to Yacaira Pena and/or Yadiel Isabel Pena. The plaintiffs reserve the right to supplement this initial disclosure consistent with Rule 26(e) of the Federal Rules of Civil Procedure.

**(B)** **Relevant Documents**

Pursuant to Fed. R. Civ. P. 26(a)(1)(A)(ii), the plaintiffs hereby disclose the following documents and things in their possession, custody or control that may be used to support their claims. The plaintiffs reserve the right to amend or supplement these

disclosures as provided by Fed. R. Civ. P. 26(e). The following disclosures do not include documents and things that are likely to be offered solely for impeachment:

> **Attachment A**: Expert Letter of Roger M. Kushner, D.O.;
>
> **Attachment B**: Expert Letter of Edward Karotkin, M.D.;
>
> **Attachment C**: Medical records from Greater Lawrence Family Health Center;
>
> **Attachment D**: Medical records from Lawrence General Hospital;
>
> **Attachment E**: Medical records from Tufts Medical Center;
>
> **Attachment F**: Medical records from Boston Children's Hospital.

### (C) Computation of Damages

Pursuant to Fed. R. Civ. P. 26(a)(1)(A)(iii), the plaintiff discloses that she is in the process of collecting medical bills, medical expenses and other related expenses, and will produce them in the future. Furthermore, the plaintiffs' damages relating to the conscious pain and suffering of the plaintiff, Yadiel Isabel Pena and the loss of consortium of the plaintiff, Yacaira Pena may be determined by the finder of fact, together with interests, and costs. Additionally, the plaintiffs' economic damages may be determined by an economist and/or expert witnesses that will be developed and disclosed according to the schedule set by the Court. The plaintiff reserves the right to supplement this initial disclosure consistent with Rule 26(e) of the Federal Rules of Civil Procedure.

### (D) Insurance Agreements

The plaintiffs do not hold any insurance agreements under which any person may be liable to satisfy part or all of a judgment.

**(E)     Reservation of Rights**

The plaintiffs reserve the right to amend or supplement these disclosures as provided by Fed. R. Civ. P. 26(e) and to object to the admissibility of any document or statement herein or in defendant's initial disclosures on all bases set forth in the Federal Rules of Civil Procedure, Federal Rules of Evidence, and governing law.

DATED this 9th day of November, 2021.

                                                     Respectfully submitted,
                                                   The plaintiffs,

                                                   By their attorneys,

                                                 /s/ Adam R. Satin
                                                 ADAM R. SATIN, BBO#:  633069
                                                 LYNN I. HU, BBO#: 690823
                                                 LUBIN & MEYER, P.C.
                                                 100 City Hall Plaza
                                                 Boston, MA 02108
                                                 (617) 720-4447

## CERTIFICATE OF SERVICE

       I, Adam R. Satin, hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies sent to those indicated as non-registered participants on November 9, 2021.

                                                                /s/ Adam R. Satin