UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| YADIEL ISABEL PENA, PPA YACAIRA PENA, and YACAIRA PENA,<br><br>    Plaintiffs,<br><br>v.<br><br>JACQUELINE PAPACHRISTON, R.N., CHERYL BRITT, R.N., JENNIFER FARMER, R.N., PATRICIA LANE, R.N., DAWN BELLORADO, R.N., and UNITED STATES OF AMERICA,<br><br>    Defendants. | Civil Action No. 20-12304-WGY |

## DEFENDANT UNITED STATES OF AMERICA'S CERTIFICATION PURSUANT TO LOCAL RULE 16.1

Pursuant to Local Rule 16.1(d)(3), Defendant, United States of America, hereby certifies that Defendant's counsel and an agency representative have conferred:

(a) with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation; and

(b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

DEPARTMENT OF HEALTH &
HUMAN SERVICES

Respectfully submitted,
UNITED STATES OF AMERICA

NATHANIEL R. MENDELL
Acting United States Attorney

/s/ Lisa Datta
Lisa Datta
Attorney
Claims and Employment Law Branch
Department of Health & Human Services

/s/ Eve A. Piemonte
Eve A. Piemonte
Assistant United States Attorney
United States Attorney's Office
One Courthouse Way, Suite 9200
Boston, MA  02210
Tel:  (617) 748-3369
Eve.Piemonte@usdoj.gov

Dated:  August 4, 2021

## CERTIFICATE OF SERVICE

      I, Eve A. Piemonte, Assistant United States Attorney, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

Dated: August 4, 2021

                                              */s/ Eve A. Piemonte*
                                              Eve A. Piemonte
                                              Assistant United States Attorney