UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| YADIEL ISABEL PENA, PPA YACAIRA PENA, and YACAIRA PENA,<br><br>          Plaintiffs,<br><br>v.<br><br>JACQUELINE PAPACHRISTON, R.N.,<br>CHERYL BRITT, R.N.,<br>JENNIFER FARMER, R.N.,<br>PATRICIA LANE, R.N.,<br>DAWN BELLORADO, R.N., and<br>UNITED STATES OF AMERICA,<br><br>          Defendants. | Civil Action No. 20-12304-WGY |

## PARTIES' JOINT MOTION TO STAY PROCEEDINGS

The parties in the above-captioned action jointly move this Court to stay these proceedings pending a decision by the Commonwealth of Massachusetts' Medical Malpractice Tribunal. In support of this motion, the parties state as follows:

1. Plaintiffs Yadiel Isabel Pena and Yacaira Pena filed a Complaint against defendants arising out of the care rendered to Ms. Pena during Yadiel's birth in 2014. (ECF No. 1). Plaintiffs' claims against the United States are brought pursuant to the Federal Tort Claims Act (FTCA), 28 U.S.C. §§ 1346(b), for which this Court has original jurisdiction. *Id*. at ¶ 12. Their claims against defendants Papachriston, Britt, Farmer, Lane, and Bellorado (the Nurse Defendants) are brought pursuant to state law.

2. Pursuant to this Court's Order of June 30, 2021 (ECF No. 36), the parties submitted a joint proposed case management schedule on July 8, 2021 (ECF No. 37). The

parties' proposed schedule is pending before this Court and a schedule for discovery and dispositive motions has not entered.

3. On November 4, 2021, the Nurse Defendants filed a motion with this Court seeking an Order referring the instant action to the Essex Superior Court of the Commonwealth of Massachusetts to allow a medical malpractice tribunal to be convened pursuant to Mass. Gen. L. c. 231, § 60B to determine the sufficient of Plaintiffs' claims. (ECF No. 41). The Nurse Defendants are licensed and registered nurses and health care providers as defined by Section 60B.

4. Under the statute the Medical Malpractice Tribunal shall determine whether the evidence presented by a plaintiff, if properly substantiated, is sufficient to raise a legitimate question of liability appropriate for judicial inquiry, or whether plaintiff's case is merely "an unfortunate result." Mass. Gen. L. c. 31, § 60B. If a finding is made in favor of the Nurse Defendants by the tribunal, Plaintiffs may only pursue their claim upon filing a bond payable to the Nurse Defendants should Plaintiffs not prevail in the final judgment. *Id*. Failure to file a bond within 30 days of the tribunal's finding requires dismissal of Plaintiffs' action. *Id*.

5. Because Plaintiff' claims against the Nurse Defendants are subject to review by the Medical Malpractice Tribunal, which has not convened nor determined whether Plaintiffs' evidence is sufficient to raise a legitimate question of liability, or whether it is an unfortunate result," the parties request that this Honorable Court stay the proceedings to allow the tribunal to make its determination. A decision by the tribunal will affect the course of litigation before this Court, including the course of discovery in this case. For these reasons, the parties jointly request that these proceedings be administratively stayed pending the outcome of the Medical

Malpractice Tribunal. *Villanueva v. Franklin County Sheriff's Office,* 849 F.Supp.2d 186 (D. Mass. 2012) (staying proceedings pending a decision from the Medical Malpractice Tribunal).

WHEREFORE, the parties jointly request that this Honorable Court grant this motion and issue an order staying proceedings pending a determination by the Medical Malpractice Tribunal.

| | |
|---|---|
| Respectfully submitted,<br>Plaintiffs,<br>By their attorneys,<br><br>*/s/ Lynn I. Hu*[1]<br>Adam Satin, Esq., BBO# 633069<br>Lynn I. Hu, Esq., BBO# 690823<br>Lubin & Meyer, P.C.<br>100 City Hall Plaza<br>Boston, MA 02108<br>(617) 720-4447<br>asatin@lubinandmeyer.com<br>lhu@lubinandmeyer.com | Respectfully submitted,<br>Defendants,<br>Jacqueline Papachriston, R.N., Cheryl Britt, R.N., Jennifer Farmer, R.N., Patricia Lane, R.N., and Dawn Bellorado, R.N.,<br>*By Counsel*,<br><br>*/s/ Alexander P. Volpe*[2]<br>J. Peter Kelley, Esq., BBO#559588<br>Alexander P. Volpe, Esq., BBO#694092<br>BRUCE & KELLEY, P.C.<br>20 Mall Road, Suite 225<br>Burlington, MA 01803<br>Tel:   (781) 262-0690<br>Fax:   (781) 229-0383<br>pkelley@brucekelleylaw.com<br>avolpe@brucekelleylaw.com<br><br>Respectfully submitted,<br><br>RACHAEL S. ROLLINS<br>United States Attorney<br><br>*/s/ Eve A. Piemonte*<br>Eve A. Piemonte<br>Assistant United States Attorney<br>United States Attorney's Office<br>John J. Moakley U.S. Courthouse<br>1 Courthouse Way, Suite 9200<br>Boston, MA  02210 (617) 748-3369<br>Eve.Piemonte@usdoj.gov |

Dated: March 8, 2022

---

[1] Signed with consent provided by email on March 8, 2022.

[2] Signed with consent provided by email on March 8, 2022.

## **CERTIFICATE OF SERVICE**

      I, Eve A. Piemonte, Assistant United States Attorney, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

 

|  |  |
|---|---|
|  | */s/ Eve A. Piemonte* |
|  | Eve A. Piemonte |
| Dated: March 8, 2022 | Assistant United States Attorney |