

**UNITED STATES DISTRICT COURT**
DISTRICT OF MASSACHUSETTS
OFFICE OF THE CLERK
1 COURTHOUSE WAY, SUITE 2300
BOSTON, MASSACHUSETTS 02210

**ROBERT M. FARRELL**
CLERK OF COURT

Essex Superior Court
Civil Division
Medical Malpractice Tribunal
56 Federal Street
Salem MA 01970

Attention: Tribunal Clerk

Re: <u>Pena et al v. Brentwood, M.D., et al</u>

Civil Action No: <u>20cv12304-WGY</u>

    In accordance with the March 10, 2022 and April 28, 2023 Orders of this Court referring the above-entitled case for a Medical Tribunal Hearing, please find certified copies of the complaint, answer, amendments (if any), and Order of Referral.

    Thank you for your attention to this matter.

Sincerely,

/s/Matthew A. Paine

Date: <u>May 1, 2023</u>

Matthew A. Paine
Deputy Clerk

Enclosure