UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 1:20-CV-12304-WGY

YADIEL ISABEL PENA, PPA YACAIRA PENA, AND
YACAIRA PENA,
                     *Plaintiffs,*

v.

JACQUELINE PAPACHRISTON, R.N.,
CHERYL BRITT, R.N.,
JENNIFER FARMER, R.N.,
PATRICIA LANE, R.N.,
DAWN BELLORADO, R.N., AND
UNITED STATES OF AMERICA,
                     *Defendants*

*[Handwritten annotation: June 26, 2024 Motion allowed in part and denied in part. That counsel are busy is hardly a reason to extend dates well into next year. William G. Young, District Judge]*

**PARTIES' JOINT MOTION TO EXTEND
CASE MANAGEMENT SCHEDULING ORDER**

NOW COME the Parties in the above-captioned action, and hereby jointly move, through counsel, to extend the case management scheduling order and all deadlines for a period of three months. As grounds, the Parties have been working diligently to complete the obligations in accordance with the dates selected by the Court, but have encountered difficulties resulting from conflicting trial schedules and unavailability of their respective attorneys. As set forth in greater detail, good cause exists to extend the deadlines in this case, and this Motion should be granted.

1. On or about February 15, 2024, the Court issued a Case Management Schedule, setting forth dates for various events in this case.

2. Pursuant to the Case Management Schedule, all written discovery and non-expert depositions were to be completed by June 14, 2024.

3. Although the parties have been working in good faith to comply with deadlines in the Case Management Schedule, unavailability of counsel, due to respective trial schedules, pre-scheduled vacations, and other conflicts have prevented the parties from completing

discovery. The parties expect that all non-expert depositions can be completed by the end of September 2024.

4. As a result, the parties respectfully request that this Honorable Court amend the Case Management Schedule, in accordance with the following dates:

| Event | Current Date | Requested Extension |
|---|---|---|
| Service of Discovery Requests | January 15, 2024 | N/A |
| Introductory Mediation Conference | May 10, 2024 | N/A |
| Non-expert discovery and depositions | June 14, 2024 | October 1, 2024 |
| Plaintiff's Expert Disclosure | July 15, 2024 | November 1, 2024 |
| Defendant's Expert Disclosure | August 15, 2024 | ~~December 2, 2024~~ 11/15/24 |
| Rebuttal Disclosures | September 16, 2024 | January 1, 2025 |
| Pre-Mediation Conference | September 30, 2024 | January 2025 (TBD) |
| Mediation | October 1, 2024 | February 2025 (TBD) |
| Expert Depositions | November 30, 2024 | March 3, 2025 |
| Dispositive Motions (filed) | December 16, 2024 | April 1, 2025 |
| Trial | March 2025 | June 2025 (TBD) |

5. The parties believe that the above extensions will provide the necessary time to complete all discovery and permit them to engage in the Court-Ordered mediation, which the parties also request should be continued to a date following the exchange of expert disclosures.

6. The parties submit that no prejudice will result to any person or entity in the allowance of this Motion.

WHEREFORE, the parties jointly request that this Honorable Court grant this motion to extend the litigation scheduling order, in accordance with the dates specified above.

<div style="display: flex;">

Respectfully submitted,

Plaintiffs,
By their attorneys,

/s/ Lynn I. Hu
Adam Satin, Esq., BBO# 633069
Lynn I. Hu, Esq., BBO# 690823
Lubin & Meyer, P.C.
100 City Hall Plaza
Boston, MA 02108
(617) 720-4447
asatin@lubinandmeyer.com
lhu@lubinandmeyer.com

</div>

Respectfully submitted,

The Defendants,
Jacqueline Papachriston, R.N., Cheryl Britt, R.N., Jennifer Farmer, R.N., Patricia Lane, R.N., and Dawn Bellorado, R.N.,
By Counsel,

/s/   Alexander P. Volpe
J. Peter Kelley, Esq., BBO#559588
Alexander P. Volpe, Esq., BBO#694092
BRUCE & KELLEY, P.C.
83 Cambridge Street, Suite 3B
Burlington, MA 01803
Tel:    (781) 262-0690
Fax:    (781) 229-0383
pkelley@brucekelleylaw.com
avolpe@brucekelleylaw.com

Respectfully submitted,

    JOSHUA S. LEVY
    Acting United States Attorney

By:   /s/ Eve A. Piemonte
    Eve A. Piemonte
    Assistant United States Attorney
    United States Attorney's Office
    John J. Moakley U.S. Courthouse
    1 Courthouse Way, Suite 9200
    Boston, MA  02210
    (617) 748-3100
    Eve.Piemonte@usdoj.gov

Dated: June 25, 2024

## CERTIFICATE OF SERVICE

I, Alexander P. Volpe, hereby certify that I have this 25th day of June, 2024, served a copy of the foregoing document, by causing a copy thereof, to be sent electronically, through the ECF system, to the registered participants of this case, and by e-mail to any unregistered participants, as identified on the Notice of Electronic Filing (NEF).

Date: June 25, 2024                        /s/ Alexander P. Volpe, Esq.
                                            Alexander P. Volpe